# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR140 |
| | ) | |
| JOHN L. PARKS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

  The government's Motion to Continue (Filing No. 14) is granted.

  **IT IS ORDERED** that the hearing on defendant's Motion to Suppress (Filing No. 11) is continued to **June 5, 2006,** at **9:00 a.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

  Since this is a criminal case, the defendant must be present unless excused by the Court.

  DATED this 23rd day of May, 2006.

        BY THE COURT:


        s/ Thomas D. Thalken
        United States Magistrate Judge