IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR140 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOHN L. PARKS, | ) | |
| | ) | |
| Defendant. | | |

This matter is before the Court on the Plaintiff's unopposed motion to release certain funds seized from the Defendant, John L. Parks (Filing No. 49). Plaintiff's counsel represents Defendant's counsel does not object to the Motion.

IT IS ORDERED:

1. The Plaintiff's motion to release certain funds (Filing No. 49) is granted;

2. The U.S. Marshals Service shall release $140.00 to the Defendant, John L. Parks, by delivering the same to the trust account of his attorney of record, Glenn A. Shapiro; and

3. The Clerk shall deliver a certified copy of this order to the U.S. Marshal for this district.

DATED this 23rd day of January, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge